**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LAVERNE JONES, ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-2375 |
| | * | |
| BERNALDO DANCEL, ET AL. | * | |
| | ****** | |

## MEMORANDUM

Defendants have filed a motion to stay execution of judgment and to make deposit in court. Both motions will be granted.

I am satisfied that it is in the public interest for the deposit for the full amount of punitive damages ($1,948,264.00) be accomplished so that the Fourth Circuit may rule as it sees fit on the appeal filed by plaintiffs. Moreover, the interest of the two *cy pres* recipients of the award will be served by the ruling. The amount of the award is significant, and the two recipients of the award should not expend the money before the appeal to the Fourth Circuit has been resolved.

Because the deposit is being made into the registry of the court, stay of the execution of the judgment is clearly appropriate.

A separate order effecting the rulings made in this memorandum is being entered herewith.


Date:   January 7, 2015          /s/_____
                                 J. Frederick Motz
                                 United States District Judge

1